MARIE C. SCHANTZ, RESPONDENT, v. SEARS, ROEBUCK & COMPANY, APPELLANT.

Argued February 7, 1935—Decided May 17, 1935.

For the respondent, *Charles B. McGinley.*

For the appellant, *Jacob L. Newman.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Lloyd in the Supreme Court.

*For affirmance*—The Chief Justice, Parker, Bodine, Heher, Perskie, Van Buskirk, Kays, Dear, Wells, JJ. 9.

*For reversal*—None.